

# Party Search Results

**Search Criteria:** Party Search; Last Name: Pashkin; First Name: Mitchell; Date Filed (From): 07/18/2017; Date Filed (To): 10/18/2017
**Result Count:** 41 (1 page)
**Current Page:** 1

| | |
|---|---|
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv04252 |
| Case Title | Eger v. Gold Key Credit, Inc. |
| Court | New York Eastern District Court |
| Date Filed | 07/18/2017 |
| Date Closed | 11/08/2017 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv04274 |
| Case Title | Russell v. Forster & Garbus, LLP et al |
| Court | New York Eastern District Court |
| Date Filed | 07/18/2017 |
| Date Closed | |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 1:2017cv04392 |
| Case Title | McHarris v. Navient Solutions, Inc. |
| Court | New York Eastern District Court |
| Date Filed | 07/25/2017 |
| Date Closed | 05/17/2018 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv04452 |
| Case Title | Lee v. Atlantic Credit & Finance, Inc. et al |
| Court | New York Eastern District Court |
| Date Filed | 07/28/2017 |
| Date Closed | 04/16/2018 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv04464 |
| Case Title | Ringgold v. Credit Control Services, Inc. |
| Court | New York Eastern District Court |
| Date Filed | 07/28/2017 |
| Date Closed | 12/11/2017 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv04481 |
| Case Title | Cacciatore v. MRS BPO, LLC |
| Court | New York Eastern District Court |
| Date Filed | 07/31/2017 |
| Date Closed | 04/09/2018 |

| | |
|---|---|
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv04490 |
| Case Title | Auletta v. LVNV Funding, LLC et al |
| Court | New York Eastern District Court |
| Date Filed | 07/31/2017 |
| Date Closed | |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 1:2017cv04512 |
| Case Title | Stewart v. Portfolio Recovery Associates, LLC |
| Court | New York Eastern District Court |
| Date Filed | 08/01/2017 |
| Date Closed | |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv04540 |
| Case Title | Libby v. Enhanced Recovery Company, LLC |
| Court | New York Eastern District Court |
| Date Filed | 08/02/2017 |
| Date Closed | 08/16/2018 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 1:2017cv04616 |
| Case Title | McHarris v. VL Funding LLC et al |
| Court | New York Eastern District Court |
| Date Filed | 08/07/2017 |
| Date Closed | |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 1:2017cv04617 |
| Case Title | McHarris v. SLM Private Credit Student Loan Trust 2006-C et al |
| Court | New York Eastern District Court |
| Date Filed | 08/07/2017 |
| Date Closed | 04/25/2018 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 1:2017cv04618 |
| Case Title | McHarris v. Weltman, Weinberg & Reis CO., LPA et al |
| Court | New York Eastern District Court |
| Date Filed | 08/07/2017 |
| Date Closed | 09/21/2018 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 1:2017cv04619 |
| Case Title | McHarris v. Weltman, Weinberg & Reis Co., LPA et al |
| Court | New York Eastern District Court |
| Date Filed | 08/07/2017 |
| Date Closed | 04/25/2018 |

| | |
|---|---|
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv04638 |
| Case Title | Fahey v. MCS Claim Services, Inc. |
| Court | New York Eastern District Court |
| Date Filed | 08/08/2017 |
| Date Closed | 06/06/2018 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv04605 |
| Case Title | McDonnell v. Atlantic Credit & Finance, Inc. et al |
| Court | New York Eastern District Court |
| Date Filed | 08/07/2017 |
| Date Closed | 10/31/2017 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv04706 |
| Case Title | Lemoine v. Portfolio Recovery Associates, LLC et al |
| Court | New York Eastern District Court |
| Date Filed | 08/10/2017 |
| Date Closed | 10/11/2018 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv04717 |
| Case Title | Kindel v. Transworld Systems, Inc. et al |
| Court | New York Eastern District Court |
| Date Filed | 08/11/2017 |
| Date Closed | 10/02/2018 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv04750 |
| Case Title | Crocombe v. Atlantic Credit & Finance, Inc. |
| Court | New York Eastern District Court |
| Date Filed | 08/14/2017 |
| Date Closed | 12/12/2018 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv04751 |
| Case Title | Crocombe v. Midland Funding, LLC et al |
| Court | New York Eastern District Court |
| Date Filed | 08/14/2017 |
| Date Closed | 04/25/2018 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv04760 |
| Case Title | Farrell v. Fleck, Fleck & Fleck et al |
| Court | New York Eastern District Court |
| Date Filed | 08/14/2017 |
| Date Closed | 04/05/2018 |

| | |
|---|---|
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv04840 |
| Case Title | Napolitano v. Enhanced Recovery Company, LLC |
| Court | New York Eastern District Court |
| Date Filed | 08/17/2017 |
| Date Closed | 11/06/2018 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv04980 |
| Case Title | Brown v. Kirschenbaum & Phillips P.C. et al |
| Court | New York Eastern District Court |
| Date Filed | 08/23/2017 |
| Date Closed | |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv04984 |
| Case Title | Saldarriaga v. Penn Credit Corporation |
| Court | New York Eastern District Court |
| Date Filed | 08/23/2017 |
| Date Closed | 11/29/2017 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv05050 |
| Case Title | Alexander v. NRA Group, LLC |
| Court | New York Eastern District Court |
| Date Filed | 08/25/2017 |
| Date Closed | 05/29/2018 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv05061 |
| Case Title | Plate v. MRS BPO, LLC |
| Court | New York Eastern District Court |
| Date Filed | 08/28/2017 |
| Date Closed | 08/20/2018 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 1:2017cv05066 |
| Case Title | Stewart v. Portfolio Recovery Associates LLC |
| Court | New York Eastern District Court |
| Date Filed | 08/28/2017 |
| Date Closed | |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 1:2017cv05120 |
| Case Title | Stewart v. Portfolio Recovery Associates, LLC |
| Court | New York Eastern District Court |
| Date Filed | 08/30/2017 |
| Date Closed | |

| | |
|---|---|
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv05197 |
| Case Title | Isaac v. Credit Control Services, Inc. |
| Court | New York Eastern District Court |
| Date Filed | 09/05/2017 |
| Date Closed | 06/06/2018 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv05220 |
| Case Title | Filomeno v. Firstsource Advantage LLC |
| Court | New York Eastern District Court |
| Date Filed | 09/06/2017 |
| Date Closed | 04/05/2018 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv05223 |
| Case Title | Braunskill v. NRA Group, LLC |
| Court | New York Eastern District Court |
| Date Filed | 09/06/2017 |
| Date Closed | 04/09/2018 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv05383 |
| Case Title | Montenegro v. Selip & Stylianou LLP |
| Court | New York Eastern District Court |
| Date Filed | 09/13/2017 |
| Date Closed | 09/15/2017 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv05377 |
| Case Title | Grisanzio v. Vengroff Williams, Inc. |
| Court | New York Eastern District Court |
| Date Filed | 09/13/2017 |
| Date Closed | 11/15/2017 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv05531 |
| Case Title | DeRosa Huntley v. Atlantic Credit & Finance, Inc. et al |
| Court | New York Eastern District Court |
| Date Filed | 09/20/2017 |
| Date Closed | 06/11/2018 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv05542 |
| Case Title | Sanders v. Credit Control Services, Inc. |
| Court | New York Eastern District Court |
| Date Filed | 09/21/2017 |
| Date Closed | 12/11/2017 |

| | |
|---|---|
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 1:2017cv05617 |
| Case Title | Stewart v. Portfolio Recovery Associates, LLC |
| Court | New York Eastern District Court |
| Date Filed | 09/26/2017 |
| Date Closed | |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv05649 |
| Case Title | Fascella v. Rubin & Rothman, LLC |
| Court | New York Eastern District Court |
| Date Filed | 09/27/2017 |
| Date Closed | 10/27/2017 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv05651 |
| Case Title | Fascella v. Rubin & Rothman, LLC |
| Court | New York Eastern District Court |
| Date Filed | 09/27/2017 |
| Date Closed | 11/30/2017 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv05821 |
| Case Title | Owen v. Computer Credit, Inc. |
| Court | New York Eastern District Court |
| Date Filed | 10/04/2017 |
| Date Closed | 05/15/2018 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 2:2017cv05859 |
| Case Title | Lockridge v. Credit Control Services, Inc |
| Court | New York Eastern District Court |
| Date Filed | 10/06/2017 |
| Date Closed | 01/08/2018 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 1:2017cv07080 |
| Case Title | Liao v. Daniels Norelli, Scully & Cecere, P.C. |
| Court | New York Southern District Court |
| Date Filed | 09/18/2017 |
| Date Closed | 09/12/2018 |
| Party Name | Pashkin, Mitchell L. (aty) |
| Case Number | 1:2017cv07401 |
| Case Title | Velazquez v. Kavulich & Associates, P.C. |
| Court | New York Southern District Court |
| Date Filed | 09/28/2017 |
| Date Closed | 04/26/2018 |

**PACER Service Center**

Receipt 03/16/2019 10:10:36 1317967269

| | |
|---|---|
| **User** | Rarleo164 |
| **Client Code** | |
| **Description** | All Court Types Party Search |
| | All Courts; Name Pashkin, Mitchell; All Courts; Date Filed 07/18/2017 to 10/18/2017; Page: 1 |
| **Billable Pages** | 1 ($0.10) |