UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

| | |
|---|---|
| MATTHEW RUSSELL, }<br>ON BEHALF OF HIMSELF AND }<br>ALL OTHERS SIMILIARLY SITUATED, }<br>    **}**<br>                    Plaintiff, }<br>        v                               }<br>                                             }<br>FORSTER & GARBUS, LLP, }<br>LVNV FUNDING LLC, }<br>SHERMAN FINANCIAL GROUP, LLC, }<br>MARK A. GARBUS, AND RONALD FORSTER, }<br>                                             }<br>                    Defendants. } | Civil Action, File No.<br>2:17-cv-4274-JS-AYS |

**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

Plaintiffs, pursuant to Rule 34 of the Federal Rules of Civil Procedure, require Forster & Garbus, LLP [hereinafter "F&G"], Mark A. Garbus (hereinafter "Garbus"), and Ronald Forster (hereinafter "Forster"), collectively, individually and in any combination known as Defendants, to produce the below requested documents and permit Plaintiffs or their representatives to inspect, and/or copy the below requested documents at Mitchell L. Pashkin, Esq., 775 Park Avenue, Ste. 255, Huntington, NY 11743 at 4 PM on October 29, 2018.

REQUEST FOR PRODUCTION NO. 1:

The documents showing each purchase of the account set forth in paragraph 5 of the Complaint annexed to this document including but not limited to (a) the affidavit and bill of sale connected with each purchase of the account; and (c) if any affidavit or bill of sale does not specifically reference Plaintiff or the account or file number associated with Plaintiff's particular account or file, a document proving that Plaintiff's particular account or file is included in the purchase.

REQUEST FOR PRODUCTION NO. 2:

The documents showing that each seller of the account set forth in paragraph 5 of the Complaint annexed to this document notified Plaintiff of the sale of the account.

REQUEST FOR PRODUCTION NO. 3:

As regards the account set forth in paragraph 5 of the Complaint annexed to this document, the notes, documents, spreadsheets, Excel files, and electronic files sent to Forster & Garbus, LLP prior to the time the Complaint annexed to this document was served on Plaintiff including the document

or electronic record showing the date on which Forster & Garbus, LLP received each of the aforementioned notes, documents, spreadsheets, Excel files, and electronic files.

REQUEST FOR PRODUCTION NO. 4:

As regards lawsuits which Forster & Garbus, LLP files and serves for LVNV Funding LLC, a copy of the document(s) setting forth the actions which Forster & Garbus, LLP requires of their attorneys regarding the documents and information to be reviewed before one of their attorneys signs a Summons and Complaint and approves it for filing and service.

REQUEST FOR PRODUCTION NO. 5:

Forster & Garbus, LLP's account notes and collection notes as regards the account set forth in paragraph 5 of the Complaint annexed to this document.

REQUEST FOR PRODUCTION NO. 6:

As regards the account set forth in paragraph 5 of the Complaint annexed to this document, the notes, documents, spreadsheets, Excel files, and electronic files reviewed by the attorney who signed the Complaint annexed to this document prior to the time the Complaint annexed to this document was served on Plaintiff including the document or electronic record showing the date on which Forster & Garbus, LLP received each of the aforementioned notes, documents, spreadsheets, Excel files, and electronic files.

REQUEST FOR PRODUCTION NO. 7:

Forster & Garbus, LLP's audited Balance Sheet covering Forster & Garbus, LLP's most recent fiscal year.

REQUEST FOR PRODUCTION NO. 8:

A full set of Forster & Garbus, LLP's current financial statements including but not limited to the Balance Sheet (Statement of Assets and Liabilities), Income Statement, and a Statement of Cash Flows.

REQUEST FOR PRODUCTION NO. 9:

A statement of net worth regarding Mark A. Garbus covering the period of time through the date of his response to these demands.

REQUEST FOR PRODUCTION NO. 10:

A statement of net worth regarding Ronald Forster covering the period of time through the date of his response to these demands.

REQUEST FOR PRODUCTION NO. 11:

A copy of the procedures/work standards/manuals/instructions/guidance and any amendments thereto issued to Forster & Garbus, LLP by or on behalf of LVNV Funding LLC or regarding Forster & Garbus, LLP's work for LVNV Funding LLC covering the period of time which included the date on which Plaintiff was served with the Complaint annexed to this document.

REQUEST FOR PRODUCTION NO. 12:

A copy of each lawsuit served on a consumer within one year prior to the filing of this lawsuit where F&G was the attorney for LVNV Funding LLC, a copy of the complete chain of title for each debt which is the subject of each of the aforementioned lawsuits, and a copy of each notice of assignment of the aforementioned debt sent to the consumer.

Dated:	September 27, 2018

/s/_____
Mitchell L. Pashkin, Esq. (MLP-9016)
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 335-1107